■ In the Matter of Maria C., Appellant, v Jaime G., Respondent. [957 NYS2d 858]—Order, Family Court, Bronx County (Alma Cordova, J.), entered on or about August 31, 2011, which dismissed the family offense petition for an order of protection, unanimously affirmed, without costs.

Petitioner failed to establish by a preponderance of the evidence that respondent committed a family offense (Family Ct Act § 832). Petitioner is correct that the court erred in taking judicial notice of post-petition orders of protection issued against her in favor of respondent (*see Matter of Ungar v Ungar*, 80 AD3d 771 [2d Dept 2011]). However, in light of the court's finding that petitioner's testimony was incredible, the error was harmless (*see Matter of Dakota CC. [Arthur CC.]*, 78 AD3d 1430 [3d Dept 2010]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Richter and Clark, JJ.